BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | MDL DOCKET NO. 1014 |
| ) | |
| ORTHOPEDIC "BONE SCREW" PRODUCTS ) | 03-1533 |
| LIABILITY LITIGATION ) | |
| ) | SECT. S MAG. 1 |

**NOTICE OF POTENTIAL "TAG ALONG" ACTION PURSUANT
TO RULE 7.4 OF THE RULES OF PROCEDURE OF THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Defendants, Zimmerman Reed, P.L.L.P., hereby notify the panel of the following "tag-along" action:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Roy F. Amedee, Jr. v. Zimmerman Reed, P.L.L.P., Court File No. 593-459.

Dated: 5/9/03

_Jerry W. Sullivan_

Respectfully submitted,

ZIMMERMAN REED, P.L.L.P.

_Ronald S. Goldser - #35932_
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402
(612) 341-0400

Attorneys Pro Se

L:\WPDATA\PEDICLE\PLEADING 3\Pld229 (Tag Along Notice).wpd