FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 AUG 22  PM 12: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Roy F. Amedee, Jr., | Civil Action No. 03-1533 |
| Plaintiff, | Section "S" |
| vs. | |
| Zimmerman Reed, P.L.L.P., | |
| Defendant | |

### MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO THE MOTION FOR REMAND

**NOW INTO COURT**, through undersigned counsel, comes Zimmerman Reed, P.L.L.P. who hereby seeks leave of court to file a Supplemental Memorandum in Opposition to Motion to Remand.

RESPECTFULLY SUBMITTED,

**LEEFE, GIBBS, SULLIVAN, DUPRÉ & ALDOUS**

JERRY W. SULLIVAN (17159)
3900 North Causeway Blvd.
Suite 1470
Metairie, LA 70002
Telephone: (504) 830-3990

RONALD S. GOLDSER (35932)
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400

DATE OF ENTRY
AUG 2 5 2003

1

Fee_____
Process____
X  Dktd____
    CtRmDep__
___ Doc. No.___

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---

Roy F. Amedee, Jr.,                                  Civil Action No. 03-1533

                Plaintiff,           Section "S"

vs.

Zimmerman Reed, P.L.L.P.,

                Defendant.

---

## ORDER

CONSIDERING THE FOREGOING;

IT IS ORDERED that Zimmerman Reed, L.L.P. be and is hereby granted leave of court to file a Supplemental Memorandum in Opposition to Motion to Remand.

New Orleans, Louisiana, this 25 day of August, 2003.

                            JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record in this proceeding by

    ( )    U.S. Mail, postage prepaid    (X)    facsimile transmission

    ( )    Hand Delivery    ( )    Overnight Mail

this ___ day of August, 2003.

                                                  */s/ Jerry W. Sullivan*
                                                  JERRY W. SULLIVAN

Roy F. Amadee, Jr., Esq.
2400 Veterans Blvd.
Kenner, LA 70062

3