FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 15 P 2: 36

CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 25 2003

FILED
CLERK'S OFFICE

DOCKET NO. 1014

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION

*Roy F. Amedee, Jr. v. Zimmerman Reed, PLLP,* E.D. Louisiana, C.A. No. 2:03-1533

### CONDITIONAL TRANSFER ORDER (CTO-121)

On August 4, 1994, the Panel transferred 29 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,782 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Ronald L. Buckwalter.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Buckwalter.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of August 4, 1994, and, with the consent of that court, assigned to the Honorable Ronald L. Buckwalter.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 11 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee ___
___ Process ___
  X  Dktd. ___
  ✓  CtRmDep ___
___ Doc. No. ___

## INVOLVED COUNSEL LIST (CTO-121)
## DOCKET NO. 1014
## IN RE ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION

Roy F. Amedee, Jr.
Amedee & Hatch
2400 Veterans Memorial Boulevard
Xerox Centre
Suite 360
Kenner, LA 70062-8732

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Jerry W. Sullivan
Leefe, Gibbs, Sullivan, Dupre & Aldous
One Lakeway Center
3900 N. Causeway Boulevard
Suite 1470
Metairie, LA 70002



# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Bruce M. Selya<br>United States Court of Appeals<br>First Circuit | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | |
| | Judge Julia Smith Gibbons<br>United States Court of Appeals<br>Sixth Circuit | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Telephone: [202] 502-2800<br>Fax:      [202] 502-2888<br>http://www.jpml.uscourts.gov |

December 11, 2003

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Re: MDL-1014 -- In re Orthopedic Bone Screw Products Liability Litigation

  *Roy F. Amedee, Jr. v. Zimmerman Reed, PLLP*, E.D. Louisiana, C.A. No. 2:03-1533

Dear Mr. Kunz:

  I am enclosing one certified and additional copies of a conditional transfer order filed by the Panel in the above-captioned action on <u>November 25, 2003</u>. Section 1407 requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

  A list of involved counsel is attached.

              Very truly,

              Michael J. Beck
              Clerk of the Panel

            By *Teresa Bishop*
              Deputy Clerk

Attachment

cc: Transferee Judge: Judge Ronald Buckwalter
   Transferor Judge: Judge Mary Ann Vial Lemmon
   Transferor Clerk: Loretta G. Whyte

                     JPML Form 36