A CERTIFIED TRUE COPY

DEC 11 2003

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED DEC 18 2003

LORETTA G. WHYTE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 25 2003

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 1014

### IN RE ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION

*Roy F. Amedee, Jr. v. Zimmerman Reed, PLLP,* E.D. Louisiana, C.A. No. 2:03-1533

### CONDITIONAL TRANSFER ORDER (CTO-121)

On August 4, 1994, the Panel transferred 29 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,782 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Ronald L. Buckwalter.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Buckwalter.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of August 4, 1994, and, with the consent of that court, assigned to the Honorable Ronald L. Buckwalter.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 11 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No. 14

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED 12/15/03
ATTEST:
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RE:

Dear Clerk:

      Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above Civil Action to this district under 28 U.S.C. §1407.

      Please enclose a certified copy of the docket entries and a certified copy of the transmittal order when forwarding the original record. Receipt of this order may be acknowledged on the copy of this letter.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: S/Shaun Carter

Multidistrict Litigation

enclosure

mdl2